## Commonwealth ex rel. Wilson, Appellant, *v.* Wilson.

Argued March 18, 1970. *Paul D. North,* for appellant; *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellee.

Order affirmed.

## Commonwealth *v.* Armour, Appellant.

Submitted March 9, 1970. *William H. Saye,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.